IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ELIDA HAYES SANCHEZ HERNANDEZ, <br> DAVID ERNESTO AYALA SANCHEZ, <br> WALTER FRANCISCO AYALA SANCHEZ, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD WOLF, *Acting Secretary,* <br> *Department of Homeland Security;* <br> KEN CUCCINELLI, *Acting Director,* <br> *Citizenship and Immigration* Services, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 3:21-CV-0295-C |

## ORDER

Following the transfer of this civil action, the Court **ORDERS** that any and all pending Motions be **DENIED** without prejudice subject to being refiled, if so desired.

SO ORDERED this 23rd day of February, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE