IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ELIDA HAYES SANCHEZ HERNANDEZ, *et al.*, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security,[1] *et al.*, | ) ) ) ) |
| Defendant. | ) Civil Action No. 3:21-CV-00295-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss be **GRANTED** and Plaintiff's claims be **DISMISSED** without prejudice.

SIGNED this _29_ day of March, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE